IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAGGIE EVELYN HOWSE, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:17-cv-01349 |
| | ) Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## O R D E R

On December 3, 2018, the magistrate judge issued a Report and Recommendation (DE #22), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 15) is GRANTED. The decision of the Commissioner is REVERSED, and this matter is REMANDED for further administrative proceedings consistent with this Report and Recommendation.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 9th day of January 2019.

_____
ALETA A. TRAUGER
U.S. District Judge